**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORNELIUS OMAR BENNETT, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH COMMERCIAL STRATEFY, LLC, a Delaware Limited Liability Company; ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01239-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed: May 3, 2022<br>Removed: July 14, 2022<br><br>Judge: Hon. Morrison C. England, Jr. |

The Court, having reviewed the Stipulation to Continue Hearing Date for Motion to Compel Arbitration, hereby ORDERS:

1. The pending Motion to Compel Arbitration (ECF No. 5) is DENIED without prejudice to renewal after the parties participate in mediation with mediator Lisa Klerman on April 13, 2023.

2. Not later than April 20, 2023, the parties are directed to file a Joint Status Report advising the Court as to the outcome of the mediation and whether Defendants intends to refile the Motion to Compel.

IT IS SO ORDERED.

Dated: November 14, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE