1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

19

CORNELIUS OMAR BENNETT, individually and on behalf of himself and all others similarly situated,

Plaintiff,

v.

ANHEUSER-BUSCH COMMERCIAL STRATEFY, LLC, a Delaware Limited Liability Company; ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1-50, inclusive,

Defendants.

Case No. 2:22-cv-01239-MCE-KJN

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL ARBITRATION AND SET BRIEFING SCHEDULE**

Complaint Filed: May 3, 2022
Removed: July 14, 2022

Judge: Hon. Morrison C. England, Jr.

20

21

22

23

24

25

26

27

28

Case No. 2:22-cv-01239-MCE-KJN

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL
ARBITRATION AND SET BRIEFING SCHEDULE

The Court, having reviewed the Stipulation to Extend Deadline to File Motion to Compel Arbitration and Set Briefing Schedule, hereby ORDERS:

1.      The new deadline for Defendants to file their Motion to Compel Arbitration is May 12, 2023.

2.      Plaintiff shall file his Opposition, if any, on or before June 13, 2023, and Defendants shall file their Reply, if any, on or before June 27, 2023.

IT IS SO ORDERED.

Dated:  May 10, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL
ARBITRATION AND SET BRIEFING SCHEDULE