1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CORNELIUS OMAR BENNETT, individually and on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ANHEUSER-BUSCH COMMERCIAL STRATEFY, LLC, a Delaware Limited Liability Company; ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-01239-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL ARBITRATION AND SET BRIEFING SCHEDULE**<br><br>Complaint Filed: May 3, 2022<br>Removed: July 14, 2022<br><br>Judge: Hon. Morrison C. England, Jr. |

28

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL
ARBITRATION AND SET BRIEFING SCHEDULE

1

2      The Court, having reviewed the Stipulation to Extend Deadline to File Motion

3 to Compel Arbitration and Set Briefing Schedule, hereby ORDERS:

4      1.      The new deadline for Defendants to file their Motion to Compel

5 Arbitration is May 19, 2023.

6      2.      Plaintiff shall file his Opposition, if any, on or before June 20, 2023, and

7 Defendants shall file their Reply, if any, on or before July 6, 2023.

8      IT IS SO ORDERED.

9 Dated:  May 17, 2023

10

11                                    MORRISON C. ENGLAND, JR.
                                      SENIOR UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL
ARBITRATION AND SET BRIEFING SCHEDULE