# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS OMAR BENNETT, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH COMMERCIAL STRATEFY, LLC, a Delaware Limited Liability Company; ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01239-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed: May 3, 2022<br>Removed: July 14, 2022<br><br>Judge: Hon. Morrison C. England, Jr. |

The Court, having reviewed the Stipulation to Set Briefing Schedule on Motion to Compel Arbitration, hereby ORDERS:

1. The new deadline for Plaintiff to file his Opposition to the Motion to Compel Arbitration is June 20, 2023.

2. Defendants shall file their Reply, if any, on or before July 6, 2023.

IT IS SO ORDERED.

Dated:  June 6, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE