# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS OMAR BENNETT, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH COMMERCIAL STRATEFY, LLC, a Delaware Limited Liability Company; ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01239-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed: May 3, 2022<br>Removed: July 14, 2022<br><br>Judge: Hon. Morrison C. England, Jr. |

Case No. 2:22-cv-01239-MCE-KJN

ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION

The Court, having reviewed the Stipulation to Extend Defendants Deadline to File Their Reply In Support of their Motion to Compel Arbitration, hereby ORDERS:

1. The new deadline for Defendants to file their Reply In Support of their Motion to Compel Arbitration is July 7, 2023.

IT IS SO ORDERED.

Dated: July 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE