# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS OMAR BENNETT, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANHEUSER-BUSCH COMMERCIAL STRATEFY, LLC, a Delaware Limited Liability Company; ANHEUSER-BUSCH, LLC, a Missouri Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01239-MCE-CSK<br><br>**ORDER RE: REQUEST TO VACATE ALL DEADLINES AND SET A STATUS CONFERENCE REGARDING SETTLEMENT IN 180 DAYS**<br><br>Complaint Filed: May 3, 2022<br>Removed: July 14, 2022<br><br>Judge: Hon. Morrison C. England, Jr. |

The Court, having reviewed the Parties' Joint Status Report (ECF 31), orders as follows:

1. All calendared dates are vacated, including joint status updates regarding arbitration.

2. Not later than January 3, 2025, the Parties shall file a Joint Status Report regarding the status of settlement approval in *Carlos Lira et al. v. Anheuser-Busch, LLC*, et al., Superior Court of the State of California for the County of San Diego, Case No. 37-2023-00038074-CU-OE-CTL.

IT IS SO ORDERED.

Dated: July 8, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE